1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS KOERNER,

11          Plaintiff,                          No.  CIV S-09-2240 LKK GGH (TEMP)

12          vs.

13   MICHAEL J. ASTRUE,                         ORDER
     Commissioner of Social Security,

14
            Defendant.

15   _____/

16          On February 17, 2012, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within fourteen days.  No objections were filed.

19          Accordingly, the court presumes any findings of fact are correct.  See Orand v.

20   United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

21   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22   1983).

23          The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

25          Accordingly, IT IS ORDERED that the Findings and Recommendations filed

26   February 17, 2012, are ADOPTED and

1

1.  Plaintiff's request for EAJA fees is granted and plaintiff is awarded $5,178.28 in attorney's fees under EAJA, said fees made payable to plaintiff; however, plaintiff is to in turn pay these fees to his attorney.

2.  Plaintiff's request for fees under 42 U.S.C 406(b) is granted in the amount of $6,159.72.  The Commissioner is directed to pay plaintiff's counsel the sum of $6,159.72 in § 406(b) attorneys' fees with the remainder withheld from the back benefits ($5,178.28), i.e. , the amount of EAJA fees, to be disbursed to plaintiff.  The sum payable to plaintiff's counsel shall be increased by any administrative offset imposed on the EAJA fee.

DATED:   March 13, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT